UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Michael Tyrone Walker,#MA-9201

S.C.I.Camp Hill-H-B-side

Camp-Hill,PA.17001-0200

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Berk,s County Jail Warden

Janine L.Quigley,Warden,1287 County Welfare

Rd.,Lessport,PA.19533.  Five  Correctional

Officer's Unknown and Mdical Staff.,et al.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**

**NOV 12 2015**

**15    6124**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name  Micheal T.Walker,

ID #  MA-9201

Current Institution  S.C.I.Camp=Hill,PA.

Address  P.O.Box 200
          Camp-Hill,PA.17001

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name Janine L.Quigley,Warden _____ Shield #_____

Where Currently Employed ███ County Jail Berks _____

Address 1287 County Welfare Rd.
Lessport,PA.19533

Defendant No. 2    Name Correctional Officer,Ruffner _____ Shield #_____

Where Currently Employed Berks Ciunty Jail _____

Address 1287 County Welfare Rd.
Lessport,PA.19533

Defendant No. 3    Name Correctional Bower _____ Shield #_____

Where Currently Employed Berks County Jail _____

Address 1287 County Welfare Rd.
Lessport,PA.19533

Defendant No. 4    Name Correctional Officer,Sgt. Kirlin _____ Shield #_____

Where Currently Employed Berks County Jail _____

Address 1287 County Welfare Rd.
Lessport,PA.19533

Defendant No. 5    Name Correctional Officer,Corderre,Sgt. _____ Shield #_____

Where Currently Employed Berks County Jail _____

Address 1287 County Welfare Rd.
Lessport,PA.19533 , et al.

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____
Berks County Jail

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
Shower,Medical Department, Cell-Block

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
3-15-15 , 4 PM

Rev. 10/2009                                - 2 -

D.   Facts: Chaplin Mast, had told me over I could have my Religious beads as long as they are all white. See Exhibit A attached.  I wrote to him and they gave me  a hard time., this was on or around 3-17-15 was when I got it approved. I have paper work on my Religion,(Santerin),and C/O Knoller,had pressed the issue. Because at Dinnertime,I was not given a regular tray. Like everyone else. The 5 named Defendant's above,all told me to take the Religious Beads off. I asked for a grievance and all the Defendant's named above,threaten me to take the religious beads off. Violation of my First Amendment Rights and 14th Amendment Rights of the U.S.Constitution.

On 8/23/13 I was in my Block Shower at Berks County jail and because of my Medical problems,I fell, and split my Head open. The Shower's at Berks County Jail did not have any railings,non-slip mats or any safty bars as provided by Law. In violation of my Eighth Amendment  Rights, 14th Amendment and Federal Code. See Exhibits A through H. attached.

The Greivance Procedure in Berks County Jail is illegal because the Staff at the Jail Throws them out and you never get an answer.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.
Injuries sustain,I have very bad head achs and I did require to Medical but they would not give stiches. I have blck outs periods all of the time.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes __X__ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the
events giving rise to your claim(s).

Berks County Jail   *Pennsylvania*

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance
procedure?

Yes X No ____ Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s)
arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know __XX__ -*also Medical P.HS*

If YES, which claim(s)? *Would not answer other claim*

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes X No ____

If NO, did you file a grievance about the events described in this complaint at any other jail,
prison, or other correctional facility?

Yes ____ No X

E.   If you did file a grievance, about the events described in this complaint, where did you file the
grievance?

*Could not Berk's would not answer the hand written one I filed*

1.   Which claim(s) in this complaint did you grieve? *Religious, Food - See Exhibit I*
*Could not because they would not answer my written complaints*

2.   What was the result, if any? *Never got any response,the Gaurds said they threw away the Complaint's,and would not give me a grievance form.*

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to
the highest level of the grievance process. *Filed this Complaint now.*
*Tried but no Response*

F.     If you did not file a grievance:

1.     If there are any reasons why you did not file a grievance, state them here: _I filed on 4/8/15_
       I filed request slips to get a Grievance form and Gaurds would
       not give me one, so I wrote the Complaint's on Request slips.
       The Gaurd's, Defendant's said they threw the Request in the trash.

2.     If you did not file a grievance but informed any officials of your claim, state who you
       informed, when and how, and their response, if any: Told my relatives and they
       called but no response of any kind. _See Exhibits - I, J, K_
       _This was for the fall in the Shower_

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative
       remedies. Obstruction of Justice by an Official-Local Government and
       also they said they did not answer because I was Gay.
       _I also went to the Chaplin, and Family Members_

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
       administrative remedies. _See Exhibits A through K-Ø attached_

V.     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). _____
       Pay for Medicial Damages for the Fall and for Damages, to pay for the
       Attorney I will need to get Discovery and Witness I will have to Depose.
       Jury can decide on Punitive Damages.
       _Unknown what Medical Damages Cost_

Will Amend when at Home Jail - only have
6 Hours a week In Law Library

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.**   **Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

On these claims

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.   Parties to the previous lawsuit:

Plaintiff _N/A_____

Defendants _N/A_____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ _N/A_ _____
_____
_____

C.   Have you filed other lawsuits in state or federal court?

Yes ____ No _X___

On other claims

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff __ _N/A_ _____

Defendants __ _N/A_ _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number ___ _N/A_ _____

4.   Name of Judge assigned to your case __ _N/A_ _____

5.   Approximate date of filing lawsuit __ _N/A_ _____

6.   Is the case still pending?   Yes ____ No ____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __ _N/A_ _____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __9__ day of _____, 20 _15_.

Signature of Plaintiff __Michael Walker_____

Inmate Number __MA - 9201_____

Institution Address __S.C.I CAMPHILL_____
__P.O. Box 200_____
__CAMP HILL, PA. 17001-0200_____
_____

# BERKS COUNTY JAIL SYSTEM
## INMATE COMMUNICATION FORM

Inmate Name: Michael Walker    BCJ #: 20052523 Cell #(-221    Date: June 2014

To: *Select only one of the following.*    SELECTING MORE THAN ONE will result in form being unanswered and filed.

☐ Warden    ☐ Deputy Warden _____    ☐ Treatment    ☐ Records    ☐ Medical
☐ Kitchen    ☐ Supervisor _____    ☑ Chaplain    ☐ Inmate Accounts
☐ Property    ☐ Education/Library    ☐ Mail Room    ☐ Commissary

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

I would Like To Know If My Family can Send me a Set of Santeria beads, but I am wondering IS I M allow To have Them OR Not. And what color can I have Because My Aunt Oshelata once To Send them To me, but wouldn't She have To send them To Ye a, To come bring over To me on the Block, can you PLass Let me Know Before She maPls T Beads at Thank You

JUN 5 '14 PM 1:16

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature _MMichael Walker_

Response Date _6-11-14_    Staff Member Printed Name _CHAP. MAST_    Staff Member Signature _Chap. Mast_

The only beads allowed in BCJs are All White Bead NL Beads of Color, if they are all White OK & if Not NO!

Exhibit A

# BERKS COUNTY JAIL SYSTEM
## INMATE COMMUNICATION FORM

BCJ # 2005-3523

Inmate Name MrChael Walker    Unit/Cell # 2-105    Date 01/18/15

TO: (Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.)

- ☐ Warden
- ☐ Deputy Warden
- ☐ Treatment
- ☐ Inmate Telephones
- ☐ Inmate Accounts
- ☐ Custody
- ☐ Medical
- ☐ Education
- ☐ SOG Commander
- ☐ _____
- ☐ Kitchen
- ☑ Chapel
- ☐ Commissary
- ☐ Booking/Mail/Property

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

My GodMother said the beads that you said I can have, one as they our all white I can have them. Well the Jail had sent them back because she said she Just got It IN the mail Friday. that Just pass so has the Rule change for me not to have them or something Because If the Muslim our allow to where kufi's and Christians have Rosary beads. Why can I not have my Religious beads SanTeria possess [crossed out] I'm my possessor [crossed out] so can My GodMother Mail me My Beads or what that What I would LIKE TO KNOW. Because I Don't think that's fair to me that they we're sent back And people here has Rosary beads IN their possess. [crossed out]

Note: Writing in "response" section will result in form being unanswered and filed.    Inmate Signature Michael Walker

RESPONSE: ☺
If the Beads are 100% white or Clear you may have them - Quite frankly I have Never seen a 100% all white Bead Necklace for Santeria

Date 1-27-15    Staff Member (Print) Chap. MAST    and (Sign) Chap. Mast

CC: _____

BCJS 501U, 3-2014    Original – Treatment File    Canary – Return to inmate with response

Exhibit B

# BERKS COUNTY JAIL SYSTEM
## INMATE COMMUNICATION FORM

Inmate Name Michael WALKER

BCJ # 2005-2523

Unit/Cell # E-105 A 229 Date 01/26/15

TO: (*Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.*)

☐ Warden  ☐ Deputy Warden  ☐ Treatment  ☐ Inmate Telephones  ☐ Inmate Accounts
☐ Custody  ☐ Medical  ☐ Education  ☐ SOG Commander  ☐ _____
☐ Kitchen  ☑ Chapel  ☐ Commissary  ☐ Booking/Mail/Property

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

I had put IN A Request AND I haven't gotten a Response To you Regarding The Santeria white beads because MY godmother said she had sent them back IN last year NOVEMBER AND AS I put INTO the Request that she RECEIVE them back. I thought you told me I could have them IN If they had To be approved. What was the circumstances of why they were Not approve. That's been MY Religion FoR 21 years And It's not going to change. So as I said again because MY godmother wanna know before she mail them again. If I am allow To have them or not And as I said again if people allow Rosary beads. why can't I have MY Santeria white beads Like you said. Michael Walker

Note: Writing in "response" section will result in form being unanswered and filed     Inmate Signature Michael Walker

RESPONSE:
I WROTE A RESPONSE ON 1-18-15

IF THE BEADS ARE ALL 100% WHITE THEY CAN BE SENT TO YOUR ATTENTION c/o the CHAPEL SO I CAN CLEAR THEM.

Date 2-2-15 Staff Member (Print) CHAP. MAST and (Sign) Chap. Mast

CC: COPY

Exhibit C

## MISCONDUCT CITATION

Inmate Name _Wackell Michael G5c563_    Date _4.8.15_

Incident Location _A. Unit_    Time _2040_

### Citation

| Class | # | Offense | Class | # | Offense |
|-------|-----|---------|-------|-----|---------|
| 1-13 | 154 | Refusal of Orders | | | |
| 1-13 | 162 | Interfering w/ duties of staff | | | |
| | | | | | |

### Officer Report

today during medication Inmate Wackell Michael G5c563
came to the med cart with something sewed on neck. I did
not tell what it was so I ask inmate Wackler to show me
what it was. He responded "NO they are Beads and they are
approved by the chaplin". I said that is fine but I need to
see them. He again said "NO" "you are not touching them"
I issued him I just needed to see them. He refused my
orders. I gave him several more orders and he demanded
a white shirt. I advised him to lock in.
    Inmate Wackler disrupted my med pass and I asked Nurse
Suar to leave and she said she would return later.

William _____

Officer Signature _Koller_ _____

### Actions Pending Disposition

☐ Subject Locked In Own Cell.
☒ Subject Transferred To _D-102_.
☐ Subject Removed From Job Assignment.

☐ Warning Is Issued
☐ Material(s) Confiscated
☐ Other Action _____

### Witnesses

### Inmate Notification

Copy Delivered To Inmate By

Name _Nkaluslieu_ Date _4/7/_ Time ___

Staff Witness _James_

Inmate Signature _X No Signature Refusal to_
(Acknowledges Receipt of Copy)

### Supervisory Review

_SGT Gonzalez_

Shift Commander Signature

☐ Informally Adjusted
☒ Referred To Disciplinary Committee
☐ Notation _____

# Emergency Flow Sheet

**Michael Tyrone Walker #2011-6392**

| | |
|---|---|
| JMS ID: | 2005-2523 |
| SSN: | 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 |
| DOB: | 01/24/1982 |
| Age: | 33 |
| Agency: | County |

| | |
|---|---|
| Location: | D : 203 |
| Ethnicity: | - |
| Interviewer: | LPN Brown, LPN, Kayla (08/10/2014 14:09) |

| Current Interviewer | Date | Question | Answer |
|---|---|---|---|
| LPN Brown, LPN, Kayla | 08/10/2014 14:09 | Date and Time of Incident: | 08/09/2014 1 |
| LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Date and Time of Incident: | 08/09/2014 19:38 |
| LPN Brown, LPN, Kayla | 08/09/2014 20:23 | Date and Time of Incident: | 08/09/2014 20 |
| LPN Brown, LPN, Kayla | 08/09/2014 20:23 | Location of Incident: | A unit shower |
| LPN Brown, LPN, Kayla | 08/09/2014 20:23 | Medical Staff Responding: | K. Brown LPN, A. Eckel LPN, C. Seubert LPN |
| LPN Brown, LPN, Kayla | 08/09/2014 21:12 | Correctional Staff present: | CO Ruffner, CO Bower, SOG Kirlin, SOG Corderre, SRGT Gonzalez |
| LPN Brown, LPN, Kayla | 08/09/2014 20:23 | Correctional Staff present: | CO Ruffner, CO Bower, |
| LPN Brown, LPN, Kayla | 08/10/2014 14:09 | Event that occured: | Medical assistance called at approx. 1938 on A unit in the shower for an unresponsive pt. Reports from unit officer pt was in the shower and you could hear the pt fall to the ground. When medical arrived pt was sitting against the shower wall, eyes closed. Called pt's name multiple times until pt finally opened eyes and looked around. Asked pt if he knew where he was, pt just looked around staring at people. Again asked pt if he could talk to medical, pt nodded head no. Vital signs obtained. BP 180/112 P 97 Pox 98%. Pt was assisted to a sitting position in a chair. Pt stating "who are you people, I don't know who you people are. Where I'm at?" Asked pt to state his name. Pt stated his name is "Leondiva." Asked pt what year it was pt stating "1977." Pt stating the last thing he remembers is "being in a boat with lots of chains and the mice were my pets." Pt complaining of chest pain in left chest area that felt like a poking sensation. Pt was able to walk to wheelchair independently. Pt was escorted to medical. In route to medical pt was looking at the hall walls and the ceiling stating "what is this place where am I?" Pt was escorted to medical bay area. Pt layed down on medical bay without assistance. Pt began smiling. Asked pt his name, pt stating "Michael Walker." Pt was alert and oriented x 4. Pt stating "I'm Michael Walker now, I am back. " Pt stated that atleast once a month he "passes out, and another person comes into his body. Sometimes, from what other people that are around me tell me, when this happens, a british women's spirit comes into me and I begin talking french. I don't know French. I don't speak that, but this lady does." Pt stating he has been trying to talk to MH about this but they are not aware of this. Pt stating he has PTSD, bipolar, split personality and schizophrenia. Pt stated he was seen multiple times at Community Center in Philly for this. Pt stated when he is at home when this happens a family member will take him to the hospital and he is always diagnosed with bipolar disorder. Pt requesting to see MH. Pt stated he has "flash backs of him being molested in front of his mother, his mother was raped and given drugs, and his brother shot the guy". Pt denied any thoughts of self harm. Pt stating he was recently at court, fired his lawyer, hiring a new lawyer, and fighting his case. EKG performed. Pt know denies any current chest pains. BP 140/90 P 78 Pox 99% blood sugar 69. One milk was given approx 5 minutes later blood sugar was 71. Will notify provider. |
| LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Event that occured: | Medical assistance called as approx. 1938 on A unit in the shower for an unresponsive pt. Reports from unit officer pt was in the shower and you could hear the pt fall to the ground. When medical arrived pt was sitting against the |

# BERKS COUNTY JAIL SYSTEM
## INMATE COMMUNICATION FORM

Inmate Name Michael Walker

BCJ # 2005-25×
Unit/Cell # A-209
A-209

Date 3/11/15
3/11/15

TO:  (Select only **one** of the following, selecting more than ONE box will result in your communication being filed, unanswered.)

☐ Warden ☐ Deputy Warden ☐ Treatment ☐ Inmate Telephones ☐ Inmate Accounts
☐ Custody ☐ Medical ☐ Education ☐ SOG Commander ☑ Chaplain
☐ Kitchen ☐ Chapel ☐ Commissary ☐ Booking/Mail/Property ✓ Mailroom

Write legibly, supply all relevant details. Forms which are unclear or contain demeaning language, threats or profanity will not be addressed. **ONLY ONE TOPIC PER COMMUNICATION.**

Mr. Mast you said that If the ___ all white you will approve it. My Godmom sent that ___ a money order I got that she had mailed ___ ___ sent from the post ot the beads I didn't file ___ ___ office New Orleans LA also ___ I explosion It and ___ was mail out so I Don't know ___ you tell me once it's all here and when they get here It's ___ money order and beads ___

Note: Writing in "response" section will result in form being unanswered and filed.

Inmate Signature _Michael Walker_

RESPONSE: You were given your Beads ___ ___
3-17-15

Date 3-16-15 Staff Member (Print) CHAD. MAST and (Sign) Chap. Mast

Exhibit F

CC: _____

| | | | | | |
|---|---|---|---|---|---|
| ⊘ | LPN Brown, LPN, Kayla | | | | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Was CPR initiated? If YES, provide time it was started. | ⊚ No | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Compressions performed by? | n/a | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Ventilations performed by? | n/a | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Was an AED applied? If YES, provide time it was applied. | ⊚ No | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Time patient was sent to Medical: | 2000 | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Via: | ⊚ Wheelchair | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Was 911 Called? If YES, provide time called. | ⊚ No | |
| ⊘ | LPN Brown, LPN, Kayla | 08/09/2014 22:11 | Did the patient remain on the block? | ⊚ No | pt was moved to N unit per verbal order |

Exhibit   G

# Just what *is* Santeria?....

History of Santeria
The Orishas
Initiations
Divination

## What is Santeria?

Just what is santeria? To many it is a cult of animal sacrificing,devilworshipping fanatics. This is how the media has portrayed this most misunderstood religion. Nothing could be farther from the truth.

In reality santeria is an old world religion rich in symbolism that contains a great deal of knowledge, power and beauty.It originally comes from Africa and more precisely the Yoruba people of what is now present day Nigeria. It is also one of the most magically powerful religions in existence today. We would strongly recommend santeria to anyone interested in engaging in the arts and looking for a spiritual religion with a heavy emphasis on participation.

Santeria is a Spanish term that roughly translated means "worship of the saints". There is a strong connection,if only on the surface, with Catholicism. It is a religion where the deities actually descend to earth to help and console their followers. In this respect it actually affords one the privilege of coming into contact with the divine.

Santeria is also a religion of initiation. One must pass through 3 different levels of initiation before one can be called a santero or priest in the religion. The deities or saints in santeria are called orishas. Just as in the catholic faith where there is one god with his emissaries the saints, so too does santeria have one god with his many orishas. The orishas cover every aspect of nature and human behavior and have distinct areas of control in those behaviors. There is also a detailed system of divination affording one the opportunity to confer directly with the orishas in all matters. These consultations are often performed by a babalawo or high priest in the religion.

The subject that has caused the most negative publicity about the religion is animal sacrifice. While it is true that on occasion animals,usually chickens, are sacrificed in a ceremony they are usually eaten by the santeros afterward.. These sacrifices are done on rare occasions only as the orishas would be angered if animals were killed indiscriminately. As santeria is a closed religion the santeros do not come forth to explain the need for animal sacrifices and thus the misconception is perpetuated. On the surface santeria has a seemingly strong connection with Catholicism due to the various images of the Catholic saints. These images are in part due to the history of santeria when the saints were actually the embodiment of the orishas. Those adept in the religion no longer have a need for this imagry.

All santeros are accomplished herbalist, as herbs and flowers make up the majority of ingredients used in magical rituals. The magic would fall under the term of sympathetic magic. The basic premise behind the undertaking of a magic spell is to gain the "ashe" or power of the saints to accomplish ones goal. Everything is based on ashe and the steps one takes to obtain it. Ashe is bestowed on mankind by God and it is the orishas who as the repositories of ashe transfer it to man.This involves a system of sacrifice or offering called ebbo. Here one would make an offering to the orisha in return for the orishas ashe used to solve a problem. Ebbo is also made to the orisha

Exhibit H

**BERKS COUNTY JAIL SYSTEM**
**INMATE GRIEVANCE FORM**

D—

Inmate Name __Michael WALKER__  BCP# __2005·2523__  Cell __A-229__

Date __4/8/15__

Instructions: Refer to the inmate handbook for information on the inmate grievance system.

---

**Administration Use Only**

☐ Does not fit criteria for an emergency/sensitive grievance  ☐ Form is incomplete  ☐ Resubmit on proper form

☐ Lacks details  ☐ Must be completed in English

---

**Statement:** Detail the act or condition which caused this grievance. (Be specific; list all dates, times, locations and witnesses.)

To whom this may concern. Yesterday 4/8/15 I had a serious conflict resolution with another guard @ C/O Knoller. which I am not please with that my Religious beads Became a issue that he ordered me to take these out of my shirt for him to see which I explain to him they have already been approve. by the chaplain for me to have so I ask him what Reason do he need to see the for. It's a order from what he say but don't explain and I said to him he not touching them. and he said he can do whatever he want so he telling me he has to see my beads. and don't give me a reason why and threaten to sent me o the hole if I didn't show it to them. It didn't state no where in the memo that had to take them my beads out of my shirt. and he had the block worker give me a half Tray inside of a bowl no spoon to eat with. Now how come I didn't get a Tray like everyone else. and if I didn't say nothing I would wouldn't have eat so I feel that's unfair to me. very inconsidered.

---

**FOR AMINISTRATIVE USE ONLY**

**Grievance Response:**

Regardless of whether or not the Chaplain approved your beads, you and your possessions are subject to search at anytime. Officer Koller only asked to see the beads to verify what they were. At no time did he require you to remove them or ask to touch them. This entire issue could have been avoided had you simply followed his directions.

---

**Grievance Answered By:** __L Phillips__  Date __4/14/15__

Grievance # __0564-15__  Date Posted __4/14/15__

Exhibit I

Original: Treatment File  Canary: Return to inmate with response  FORM# REC120 (REV 2/10)

= Author: VanBilliard, Daniel
= Date: 4/9/2015 08:41:45
= Inmate: WALKER, MICHAEL TYRONE
= Permanent Number: 2005-2523

They are my religious beads.  I did show them to him when he told me to.  He wanted to touch them and I said," No"'.  They are approved by the Chaplin.  I don't understand why he is making such a big seal about this.

4/13/15        4/12/15

==================================================

The Reason why he made a big Deal About My beads
Because when I was served my Dinner I wasn't Giving
A Tray like Everyone I was giving my Food To me
In a bowl Small tablespoon of Rice, And A half a piece of chicken patty
No spoon To eat my Rice with And I didn't get the bread corn
Cookies Juice packet like everybody Else. And when I came Down
stairs For medication I told him may I have A Grievance Form
Please. And that's when he said take the beads off in give them
too me. I said excuse me these our religious beads santeria And
Then he said like me see them. And I told him he can't touch them
Because of my Religion He said I do what I want. when he was
standing in my Door way of the cell He seen my beads hanging From
outside of my Neck. Memo was posted up on the Bulletin board
that we our allow To have them. And Sgt Gonzales was questioning me
about my Religion. Saying It's the Devil, when other people Change Religions
out It's not okay For Me To do so 4-12-15 they change that policy From when
they heard my conversation over the phone telling my Family what I got
sent to the hole For Next Day they say you may not have It It's contraband
And you must turn It In or It will be Destroy by the Jail.

Exhibit-J

= Author: VanBilliard, Daniel
= Date: 4/9/2015 08:45:51
= Inmate: WALKER, MICHAEL TYRONE
= Permanent Number: 2005-2523

154 Refusal of orders:  I am finding you guilty of refusal of orders based on the Officer ordering you several times to show him your beads.  He went as far as to explain to you that he only needed to see them.  You replied," No" and did not show them to him.  You instead demanded to see a supervisor.

162 Interfering with staff duties:  I am finding you not guilty of interfering with staff duties based on the charge being repetitious to 154 Refusal of orders.

Exhibit-K