IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL TYRONE WALKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-6124 |
| | : | |
| v. | : | |
| | : | |
| BERKS COUNTY JAIL WARDEN, | : | |
| JANINE L. QUIGLEY, and FIVE | : | |
| CORRECTIONAL OFFICER'S | : | |
| UNKNOWN AND MEDICAL STAFF, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of February, 2016, after considering the requests/motions filed by the *pro se* plaintiff, Michael Tyrone Walker (Doc. Nos. 9-13), and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the requests/motions seeking default or a default judgment against Berks County Jail and Janine L. Quigley (Doc. Nos. 9-13) are **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ *Edward G. Smith* \_\_\_
EDWARD G. SMITH, J.